JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 22-01615-CJC (ADSx)                                Date:  December 22, 2022

Title: <u>ALBERTO OROZCO V. UNITED STATES</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Rolls Royce Paschal</u>                              <u>     N/A     </u>
Deputy Clerk                                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                               None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION FOR FAILURE TO RESPOND TO THE COURT'S ORDER AND FOR LACK OF PROSECUTION**

On August 24, 2022, Plaintiff Alberto Orozco filed this action.  (*See* Dkt. 1.)  On November 23, 2022, the Court ordered the Plaintiff to show cause in writing no later than December 5, 2022, why this action should not be dismissed for lack of prosecution.  (*See* Dkt. 8 at 1.)  Plaintiff was warned that "[f]ailure to respond to this Order may result in dismissal." (*Id.* at 2.)  Plaintiff has not filed anything since the Court issued its order to show cause.  Accordingly, this action is **DISMISSED** for failure to respond to the Court's order and for lack of prosecution.

jso

MINUTES FORM 11
CIVIL-GEN                                                                                   Initials of Deputy Clerk RRP